IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**LATASHA TENNIAL**                                                              **PLAINTIFF**

**V.**                           **NO. 2:10CV00019-WAP-DAS**

**EXEL LOGISTICS, ET AL.**                                      **DEFENDANTS**

## ORDER

The *pro se* plaintiff filed her job discrimination complaint in the district court for the Western District of Tennessee on December 18, 2009. By Order (# 3) dated February 2, 2010, that court granted the plaintiff's application for leave to proceed *in forma pauperis* and transferred the case to this court. Accordingly, it is

**ORDERED:**

1. That the clerk shall issue process for the defendants named in the complaint.

2. That the United States Marshal shall serve the summons and complaint pursuant to 28 U.S.C. §1915.

        **THIS,** the 3rd day of February, 2011.

                                                     **/s/ David A. Sanders**
                                                     **U. S. MAGISTRATE JUDGE**